0005-33-EPIP33-00074428-63654

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF MASSACHUSETTS

IN RE:

JOHN A & APRIL A BONWITT

Debtor(s)

Chapter 13.
Case No.
09-12738-FJB

## TRUSTEE'S REPORT AND ACCOUNT AND NOTICE OF DEADLINE FOR OBJECTIONS

**PLEASE TAKE NOTICE** that the Chapter 13 Trustee has filed the attached Report and Account with the Court. Any objection to the Report and Account must be filed with the United States Bankruptcy Court and a copy served upon the Chapter 13 Trustee within 30 days of the date of service. In the absence of a timely objection, the Court may approve the Report and Account without a hearing.

**Carolyn A. Bankowski**
**Chapter 13 Trustee**

By: /s/ Carolyn A. Bankowski

Office of the Chapter 13 Trustee
P.O. Box 8250
Boston, MA 02114-0033
(617) 723-1313

## CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the within Trustee's Report and Account and Notice of Deadline for Objections was served upon the Debtor, Debtor's counsel of record and those parties listed on the attached mailing matrix by first-class mail, postage prepaid.

/s/ Carolyn A. Bankowski
Carolyn A. Bankowski, Esq

# United States Bankruptcy Court
For The
Dist of Massachusetts, Boston Div

JOHN A & APRIL A BONWITT  
P.O. BOX 503  
BRYANTVILLE, MA 02327

Case No.: 09-12738-FJB  
SS #1: XXX-XX-2527  
SS #2: XXX-XX-1863

## TRUSTEE REPORT AND ACCOUNT

| | MO. | DAY | YR. |
|---|---|---|---|
| This case was commenced on | 03 | 31 | 09 |
| The Plan was confirmed on | 05 | 01 | 09 |
| The Case was concluded on | 08 | 28 | 12 |

Plan Completed

Your trustee has maintained a detailed record of all receipts, including the source or other identification of each receipt and of all disbursements.

RECEIPTS: Amount paid to the Trustee by or for the Debtor for benefit of creditors.   $ 16,551.61

| DISBURSEMENTS TO CREDITORS CREDITOR'S NAME | CLAIM NUMBER | CLASSIFICATION | AMOUNT ALLOWED | AMOUNT PAID PRINCIPAL | AMOUNT PAID INTEREST | BALANCE DUE OR DISCHARGE AMOUNT |
|---|---|---|---|---|---|---|
| NATIONAL CITY BANK | 001 | Unsecured | 69,427.04 | 1,387.69 | 0.00 | 68,039.35 |
| ROCKLAND TRUST COMPANY | 002 | DirectPay | 6,648.75 | 0.00 | 0.00 | DirectPay |
| ROCKLAND TRUST COMPANY | 003 | DirectPay | 12,286.80 | 0.00 | 0.00 | DirectPay |
| PORTFOLIO RECOVERY ASSOCI | 004 | Unsecured | 8,689.74 | 173.68 | 0.00 | 8,516.06 |
| PORTFOLIO RECOVERY ASSOCI | 005 | Unsecured | 3,732.40 | 76.00 | 0.00 | 3,656.40 |
| WACHOVIA MORTGAGE | 006 | DirectPay | 312,994.43 | 0.00 | 0.00 | DirectPay |
| AMERICAN EXPRESS | 007 | Unsecured | 14,776.12 | 295.33 | 0.00 | 14,480.79 |
| M&T CREDIT SERVICE LLC | 008 | DirectPay | 275.68 | 0.00 | 0.00 | DirectPay |
| RESURGENT CAPITAL SERVICE | 009 | Unsecured | 22,289.39 | 445.52 | 0.00 | 21,843.87 |
| CAPITAL ONE, N.A. | 010 | DirectPay | 2,615.00 | 0.00 | 0.00 | DirectPay |
| CAPITAL ONE, N.A. | 010 | DirectPay | 1,091.12 | 0.00 | 0.00 | DirectPay |
| INTERNAL REVENUE SERVICE | 011 | Priority | 6,057.83 | 6,057.83 | 0.00 | 0.00 |
| COMM OF MASS, DOR | 012 | Priority | 6,760.39 | 6,760.39 | 0.00 | 0.00 |
| COMM OF MASS, DOR | 012 | Unsecured | 93.53 | 1.92 | 0.00 | 91.61 |
| M&T BANK | 013 | Ignore | 0.00 | 0.00 | 0.00 | Not Filed |
| WACHOVIA | 014 | Ignore | 0.00 | 0.00 | 0.00 | Not Filed |
| SOVEREIGN BANK | 015 | Ignore | 0.00 | 0.00 | 0.00 | Not Filed |
| WELLS FARGO FINANCIAL | 016 | Ignore | 0.00 | 0.00 | 0.00 | Not Filed |
| WELLS FARGO FINANCIAL | 017 | Ignore | 0.00 | 0.00 | 0.00 | Not Filed |
| WELLS FARGO BANK, N.A. | 018 | Unsecured | 0.00 | 0.00 | 0.00 | 0.00 |

# United States Bankruptcy Court
For The
Dist of Massachusetts, Boston Div

JOHN A & APRIL A BONWITT  
P.O. BOX 503  
BRYANTVILLE, MA 02327

Case No.: 09-12738-FJB  
SS #1: XXX-XX-2527  
SS #2: XXX-XX-1863

## TRUSTEE REPORT AND ACCOUNT

| | MO. | DAY | YR. |
|---|---|---|---|
| This case was commenced on | 03 | 31 | 09 |
| The Plan was confirmed on | 05 | 01 | 09 |
| The Case was concluded on | 08 | 28 | 12 |

Plan Completed

Your trustee has maintained a detailed record of all receipts, including the source or other identification of each receipt and of all disbursements.

RECEIPTS: Amount paid to the Trustee by or for the Debtor for benefit of creditors.   $ 16,551.61

| DISBURSEMENTS TO CREDITORS CREDITOR'S NAME | CLAIM NUMBER | CLASSIFICATION | AMOUNT ALLOWED | AMOUNT PAID PRINCIPAL | AMOUNT PAID INTEREST | BALANCE DUE OR DISCHARGE AMOUNT |
|---|---|---|---|---|---|---|
| JOHN A & APRIL A BONWITT | 999 | Refund | 0.00 | 0.00 | 0.00 | 0.00 |

SUMMARY OF CLAIMS ALLOWED AND PAID:

| | SECURED | PRIORITY | GENERAL | LATE | SPECIAL | TOTAL | |
|---|---|---|---|---|---|---|---|
| AMOUNT ALLOWED | 0.00 | 12,818.22 | 119,008.22 | 0.00 | 0.00 | 131,826.44 | TOTAL PAID PRINCIPAL AND INTEREST |
| PRINCIPAL PAID | 0.00 | 12,818.22 | 2,380.14 | 0.00 | 0.00 | 15,198.36 | |
| INTEREST PAID | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 15,198.36 |

OTHER DISBURSEMENT UNDER ORDER OF COURT

| DEBTOR'S ATTORNEY | FEE ALLOWED | FEE PAID |
|---|---|---|
| NICHOLAS T. NASHAWATY, JR | 2,500.00 | 0.00 |

| COURT COSTS AND OTHER EXPENSES OF ADMINISTRATION | FILING FEE AND DEPOSIT | ADDITIONAL CHARGES CLERK'S CHARGES | ADDITIONAL CHARGES .25 EACH CLAIM OVER 10 | TRUSTEE ADMINISTRATIVE CHARGES | | OTHER COSTS | |
|---|---|---|---|---|---|---|---|
| | 0.00 | 0.00 | | 1,353.25 | 0.00 | 0.00 | 1,353.25 |

The above captioned debtors(s) have fully complied with the payment obligations pursuant to the Order confirming the Plan. **For cases filed on or after October 17, 2005, the debtor(s) must file a Motion for Entry of Discharge in compliance with MLBR, Appendix 1, Section13-22 in order to be eligible for a Discharge pursuant to 11 U.S.C. Section 1328.** The Trustee will submit a statement to the Court at the time all checks have cleared at which time the Trustee will request a discharge of duties and that a Final Decree be entered at that time.

/s/Carolyn A. Bankowski

Carolyn A. Bankowski, Chapter 13 Trustee

0005-33-EPIP33-00074428-108968

0912738  
JOHN A & APRIL A BONWITT  
P.O. BOX 503 BRYANTVILLE, MA 02327

0912738 9 799  
NICHOLAS T. NASHAWATY, JR., ESQ.  
654 WASHINGTON STREET BRAINTREE, MA 02184

0912738 3 001  
NATIONAL CITY BANK  
P.O. BOX 94982 CLEVELAND, OH 44101

0912738 1 002  
ROCKLAND TRUST COMPANY  
288 UNION STREET ROCKLAND, MA 02370

0912738 1 003  
ROCKLAND TRUST COMPANY  
P.O. BOX 32 MIDDLEBORO, MA 02346

0912738 3 004  
PORTFOLIO RECOVERY ASSOCIATES  
P.O. BOX 12914 NORFOLK, VA 23541

0912738 3 005  
PORTFOLIO RECOVERY ASSOCIATES  
P.O. BOX 12914 NORFOLK, VA 23541

0912738 1 006  
WACHOVIA MORTGAGE  
P.O. BOX 659558 SAN ANTONIO, TX 78265-9558

0912738 3 007  
AMERICAN EXPRESS  
C/O BECKET & LEE LLP P.O. BOX 3001  MALVERN, PA 19355

0912738 1 008  
M&T CREDIT SERVICE LLC  
CONSUMER COLLECTONS DEPARTMENT 1100 WEHRLE DRIVE WILLIAMSVILLE, NY 14221

0912738 3 009  
RESURGENT CAPITAL SERVICES  
P.O. BOX 288 GREENVILLE, SC 29603

0912738 1 010  
CAPITAL ONE, N.A.  
C/O BASS & ASSOCIATES, P.C. 3936 E. FT. LOWELL RD., SUITE 200 TUCSON, AZ 85712

0912738 3 010  
CAPITAL ONE, N.A.  
C/O BASS & ASSOCIATES, P.C. 3936 E. FT. LOWELL RD., SUITE 200 TUCSON, AZ 85712

0912738 2 011  
INTERNAL REVENUE SERVICE  
UNITED STATES TREASURY P.O. BOX 7317 PHILADELPHIA, PA 19114

0912738 2 012  
COMM OF MASS, DOR  
P.O. BOX 9564 100 CAMBRIDGE ST., 7TH FLOOR BOSTON, MA 02114

0912738 3 012  
COMM OF MASS, DOR  
P.O. BOX 9564 100 CAMBRIDGE ST., 7TH FLOOR BOSTON, MA 02114

0912738 3 018  
WELLS FARGO BANK, N.A.  
C/O PARTRIDGE, SNOW & HAHN, LLP 2364 POST RD, SUITE 100 WARWICK, RI 02886